UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WAYNE ADER,
    Plaintiff,

v.

CADILLAC ACCOUNTS
RECEIVABLE MANAGEMENT, INC.,
    Defendant.

Case No. 1:16-cv-13962

Hon. Thomas L. Ludington
Mag. J.: Patricia T. Morris

_____

**STIPULATION TO DISMISS CASE AGAINST DEFENDANT CADILLAC ACCOUNTS RECEIVABLE MANAGEMENT, INC., ONLY, WITH PREJUDICE AND WITHOUT FEES OR COSTS**

    The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Cadillac Accounts Receivable Management Inc., only, with prejudice and without attorney's fees or costs to either party.

| | |
|---|---|
| /s/ Gary D. Nitzkin | /s/ Charity A. Olson w/ consent |
| Gary D. Nitzkin (P41155) | Charity A. Olson (P51997) |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 West Nine Mile Road | 2723 S. State St. Ste. 150 |
| Southfield, Michigan 48034 | Ann Arbor, MI, 48104 |
| (248) 353-2882 | (734) 222-5179 |
| gary@crlam.com | charity.olson@brockandscott.com |

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WAYNE ADER,
    Plaintiff,                                    Case No. 1:16-cv-13962

v.                                                       Hon. Thomas L. Ludington
                                                       Mag. J.: Patricia T. Morris

CADILLAC ACCOUNTS
RECEIVABLE MANAGEMENT, INC.,
    Defendant.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
### AND WITHOUT FEES OR COSTS AS TO DEFENDANT
### CADILLAC ACCOUNTS RECEIVABLE MANAGEMENT, INC., ONLY

      The Court, having reviewed the parties' stipulation, and finding good cause shown;

      **IT IS HEREBY ORDERED** that the within action against Defendant Cadillac Accounts Receivable Management, Inc., only, is **DISMISSED with prejudice** and without fees or costs to either party.

Dated: June 7, 2018                                 s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                              United States District Judge

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 7, 2018.

s/Kelly Winslow  
KELLY WINSLOW, Case Manager